UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  JUNG HO LEE & <br>            KEUM SOON LEE, <br><br> Debtor(s). | Chapter 13 <br><br> Case No. 14-10229-BLS |

## THIRD AMENDED CHAPTER 13 PLAN

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1.

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtors shall pay to the trustee the sum of $506.00 monthly for 56 months, with payments beginning July 15, 2014.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

    1.   Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

        (A) <u>Debtors' Counsel Fees</u>: $3,500.00

        (B) <u>Priority Taxes</u>: Internal Revenue Service, civil penalty taxes, 2009-2012: $19,619.67.

        (C) <u>Other Priority or Administrative Expenses</u> – N/A

    2.   Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

        (A)   Long term or mortgage debt – PRE-PETITION ARREARAGES ONLY, to be paid to Bank of America, N.A. According to the objection to confirmation of Debtors' Chapter 13 plan filed by Bank of America, N.A. on April 10, 2014, the total amount of pre-petition arrears for the real property located at 331 Suburban Drive, Elkton, MD 21921 is $3,609.28. Debtor shall continue to make regular post-petition payments outside of this plan directly to Bank of America, N.A. This section of the plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b) and all the parties shall be so governed.

        (B)   Secured Vehicle debt: N/A.

        (C)   Other secured debt: N/A.

Page 2

3.  Surrender - secured collateral: N/A.

4.  Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows: a pro-rata dividend, if any.

5.  The following leases of the Debtors will be treated as follows: N/A

6.  Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee. Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

7.  <u>Other special provisions of the Plan:</u> The second mortgage held by Wilmington Savings Fund Society, FSB, in the amount of $81,219.59, referenced in Debtors' Amended Schedule D of their Chapter 13 Bankruptcy Schedules, on the real property listed in Debtors' Schedule A will be treated as an unsecured claim pending the outcome of the valuation process via a to-be-commenced adversary proceeding, even if that process remains incomplete at confirmation.

8.  A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Claims Information. Click on "Submit a Proof of Claim" link and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file a paper claim, go the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Claims Information. The instructions for obtaining a claim form are listed under "General Claims Information". Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

/s/ Jong Ho Lee                                             07/02/2014

Debtor's Signature                                          Date


/s/ Keum Soon Lee                                           07/02/2014

Joint Debtor's Signature                                    Date


                                                            07/02/2014

Attorney for Debtors: Michael Pak Esquire                   Date